1  R. Rex Parris, Esq. (SBN 96567)
     rrparris@rrexparris.com
2  Alexander R. Wheeler, Esq. (SBN 239541)
     awheeler@rrexparris.com
3  Kitty K. Szeto (SBN 258136)
     kszeto@rrexparris.com
4  **R. REX PARRIS LAW FIRM**
   43364 10th Street West
5  Lancaster, California 93534
   Telephone:  (661) 949-2595
6  Facsimile:  (661) 949-7524

7  Kevin I. Shenkman, Esq. (SBN 223315)
     kshenkman@shenkmanhughes.com
8  **SHENKMAN & HUGHES**
   28905 Wight Rd.
9  Malibu, California 90265
   Telephone:  (310) 457-0970
10
   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA HAUPT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLUM DISTRICT, INC., a Delaware corporation; and Does 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 3:14-cv-05084-LB<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>[Filed Together With Plaintiff's Request for Dismissal] |

1 | Based on Plaintiff Marsha Haupt's ("Plaintiff") Request for Dismissal and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This case is hereby dismissed with prejudice against all defendants.
2. Each party shall bear her/its own attorneys' fees and costs incurred in connection with this matter.

**IT IS SO ORDERED.**

DATED: January 6, 2015

_____
Honorable Laurel Beeler
United States District Court